NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M &D BURKE PROPERTIES, L.P., a California limited partnership, MICHAEL P. BURKE, as trustee of the Daniel C. Burke Irrevocable Trust, and Daniel C. Burke as trustee of the Michael P. Burke Irrevocable Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>David W. Russell, D.W. RUSSELL CO., INC., a California corporation, and DOES 1 to 50 inclusive,<br><br>    Defendants. | Case No. CV 13-00081-JFW (JCGx)<br><br>Judge John F. Walter<br>Courtroom 16<br><br>LASC Case No.: NC044650)<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

The Court, having reviewed the stipulation (the "Stipulation") entered into by and between Plaintiffs M & D Burke Properties, L.P., Michael P. Burke, as trustee of the Daniel C. Burke Irrevocable Trust, and Daniel C. Burke as trustee of the Michael P. Burke Irrevocable Trust ("Plaintiffs"), and defendants David W. Russell and D.W. Russell Co., Inc. ("Defendants"), and good cause appearing therefor

IT IS HEREBY ORDERED that:

1.  The action entitled *M & D Burke Properties, L.P., et al. v. David W. Russell, et al.*, Case No. NC044650, is remanded back to the Superior Court for the State of California, County of Los Angeles.

**IT IS SO ORDERED**.

Dated: February 6, 2013

_____
The Hon. John F. Walter
United States District Judge